Travis Jackson **MARRON,**
Plaintiff–Appellant,

v.

John **JABE,** Asst. Dir. of Corrections,
Defendant–Appellee,

**and**

**Jones,** C.E.O./Founder of
J.E.M., Defendant.

No. 14–6353.

United States Court of Appeals,
Fourth Circuit.

Submitted: July 30, 2014.

Decided: Aug. 26, 2014.

Amended Aug. 28, 2014.

Travis Jackson Marron, Appellant Pro Se. Kate Elizabeth Dwyre, Office of the Attorney General of Virginia, Richmond, Virginia, for Appellee.

Before GREGORY, DUNCAN, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Travis Jackson Marron appeals the district court's order denying his motion to compel discovery and granting summary judgment to John Jabe* in Marron's action under 42 U.S.C. § 1983 (2012) and the

---

* The district court dismissed a second defendant early on in the proceeding below, and Marron does not challenge this disposition on appeal.

Religious Land Use and Institutionalized Persons Act, 42 U.S.C. §§ 2000cc to 2000cc–5 (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Marron v. Jabe,* No. 1:12–cv–00468–TSE–TRJ, 2014 WL 585850 (E.D.Va. Feb. 14, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*